IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBERT SAUNDERS, a/k/a/ :
Shamsidin Ali, :
:
        Plaintiff, :
:
v. : C. A. No. 1184-GMS
:
GOVERNOR JACK MARKELL, et al., :
:
        Defendants. :

## MOTION FOR AN ORDER COMPELLING DISCOVERY

    Plaintiff move this Court for an order pursuant to Rule 37(a) of the Federal Rules of Civil Procedure compelling defendant Kinlock to answer interrogatories. Plaintiff submitted those interrogatories pursuant to Rule 36 of federal Rules of Civil Procedure on April 10, 2018 but have not received the answers.

    Plaintiff also move for an order pursuant to Rule 37(a)(4) requiring the aforesaid defendant to pay plaintiff the sume of $100.00 as reasonable expense to obtain this order, on the ground that the defendant refusal to answer the interrogatories had no substantial jusitfication.

                                                    */s/ Robert Saunders*
                                        ROBERT SAUNDERS, 052590
                                        a/k/a/ Shamsidin Ali
                                        JTVCC - 1181 Paddock Road
                                        Smyrna, DE 19977

DATED: June 28, 2018

## Certificate of Service

I, ROBERT SAUNDERS, hereby certify that I have served a true and correct copy of the attached Motion for An Order Compelling Discovery upon the following parties/persons:

To: Nicholas R. Wynn, Esquire
600 N. King Street, Suite 8001
Wilmington, DE 19801-3722

To: Hoseph C. Handlon, Esquire
Deputy Attorney General
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the James T. Vaughn Correctional Center, Smyrna, DE 19977.

On this 28th day of June, 2018

ROBERT SAUNDERS, 052590